**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF FLORIDA**

**JACKSONVILLE**

**ANTHONY GEORGE GANCARSKI**,
Plaintiff,
v.

**UNITED STATES DEPARTMENT OF EDUCATION, and LINDA MCMAHON, in her official capacity as Secretary of Education**, Defendant.

**Case No.** 3:25CV455

**MOTION TO STRIKE [DOCUMENT DESCRIPTION] FROM THE COURT DOCKET**
Pursuant to **Federal Rule of Civil Procedure 12(f)**, Plaintiff/Defendant [**ANTHONY GEORGE GANCARSKI**] respectfully moves this Court to strike [Attachments: # 1 Exhibit 1 NSLDS Back End Data, # 2 Exhibit 2 NSLDS Date 042825) from the docket as they have personally identifying data and should be redacted before being presented as exhibits for public view.

In support of this motion, Plaintiff states as follows:

## I. INTRODUCTION

On 4/28/25, Plaintiff erroneously filed Exhibit 1 NSLDS Back End Data, # 2 Exhibit 2 NSLDS Date 042825) filed on the court docket (Docket No. 3:25CV455.

These documents contain an embedded Social Security number that is potentially harmful to Plaintiff and improper under the Federal Rules of Civil Procedure. Plaintiff requests that the Court strike this document to maintain the integrity of the docket and prevent potential harm.

Plaintiff was unaware that these would be posted for public view.

I appreciate that the documents have been put under a temporary lock and I request that these documents be locked until the motion to strike is granted. If the motion to strike is not granted, then I request that they be sealed from public view in perpetuity.

## II. LEGAL STANDARD

Under **Federal Rule of Civil Procedure 12(f)**, the Court may strike from a pleading or any document "any redundant, immaterial, impertinent, or scandalous matter." The purpose of a motion to strike is to remove improper or prejudicial content that has no bearing on the issues in the case. *See, e.g., Stanbury Law Firm v. IRS*, 221 F.3d 1059, 1063 (8th Cir. 2000). Courts have discretion to grant such motions when the material in question is irrelevant or prejudicial.

## III. ARGUMENT

The documents at issue, Exhibit 1 NSLDS Back End Data, # 2 Exhibit 2 NSLDS Date 042825, should be stricken for the following reasons:

- **The Document Contains Immaterial and Impertinent Matter that could cause Plaintiff harm.**
  Striking the document will not affect the case. Allowing it to remain on the docket risks undermining the fairness of these proceedings by exposing the Plaintiff's Social Security number.

## IV. REQUEST FOR RELIEF

For the foregoing reasons, Plaintiff respectfully requests that this Court:

- Strike Exhibit 1 NSLDS Back End Data, # 2 Exhibit 2 NSLDS Date 042825 from the court docket;
- Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,
Date: April 30, 2025
By:
[redacted]