REPAYMENT PLAN

## Income-Based Repayment (IBR) Plan

IDR Payment Progress - **Repayment Start 06/19/1999**

**144 Qualifying Payments** **156 Remaining Payments**

Estimated IDR End of Repayment Term
**April 2038**

| Loan Type | Qualifying Payment(s) | Estimated IDR End of Repayment Term |
|---|---|---|
| 1 - Direct Stafford Subsidized - $12,504.32 | 144 out of 300 | April 2038 |
| 2 - Direct Stafford Subsidized - $12,504.35 | 144 out of 300 | April 2038 |
| 3 - Direct Stafford Unsubsidized - $21,305.1 | 144 out of 300 | April 2038 |
| 4 - Direct Stafford Subsidized - $12,504.32 | 144 out of 300 | April 2038 |
| 5 - Direct Stafford Unsubsidized - $19,043.75 | 144 out of 300 | April 2038 |
| 6 - Direct Stafford Subsidized - $12,504.4 | 144 out of 300 | April 2038 |
| 7 - Direct Stafford Unsubsidized - $8,691.46 | 144 out of 300 | April 2038 |
| 8 - Direct Stafford Unsubsidized - $20,390.98 | 144 out of 300 | April 2038 |

Anthony,

Thank you for contacting us regarding your student loan account. We are here to assist you in any way we can, and we hope the following information is useful.

Our records confirm that we've previously address the same concerns you shared with the U.S. Department of Education (ED), Federal Student Aid (FSA), Case #26301413. In addition, our office responded directly to Freedom of Information Act February 5,2025. Our position has not changed.

Our review has confirmed that we have not yet received notification from Federal Student Aid (FSA) indicating that you have satisfied the pre-requisite number of qualifying payments to be eligible for loan forgiveness under the Income Based Repayment Plan.

Aidvantage can confirm that your previous servicer Direct Loan Servicing (ACS) did not report them prior to the loans being transferred to Fedloan Servicing PHEAA in 2013. In addition, Aidvantage is unable to update qualifying payments for loans that we didn't service.

You can file a complaint online at https://studentaid.gov/feedback-center/. If you have previously filed a complaint, you can log in, update your case, and request that it be escalated to the Ombudsman Group.}

You're welcome to call me directly at 866-432-7939, 1134 with any additional questions you may have about this issue.

Sincerely,
Alissa Masher
Office of the Customer Advocate
Aidvantage – Official Servicer of Federal Student Aid

Page 1 / 1

**Important disclosure(s)**

Department of Education OIG Complaint C25IOU01275 [Google Mail]/GancarskiAG/student loan ×

**HQOPSHL** <HQOPSHL@ed.gov>
to me

Wed, Feb 26, 5:52 PM

Thank you for contacting the Department of Education, Office of Inspector General (OIG) Investigative Support Services. We have reviewed your complaint and determined the appropriate office to address your concerns is the Department's Office of Federal Student Aid (FSA). Your complaint has been referred to that office for further review and any action deemed appropriate. You can also submit a complaint at the FSA Feedback Center Submit a Complaint (studentaid.gov).

Please refer to the information below to contact FSA for additional assistance.

> The FSA Information Center
>
> 1-800-433-3243
>
> Hours of operation:
>
> Monday – Friday: 8:00am to 10:00pm (Eastern time - ET)
>
> Saturday: 11:00am to 5:00pm (ET)
>
> Sunday: Closed
>
> Contact Us | Federal Student Aid

The OIG will take no further action and your complaint has been closed.

Thank you,
Investigative Support Services
Department of Education
Office of Inspector General
https://oig.ed.gov/oig-hotline