```
"awardId": "**************U99G01434001",
  "nsldsLabel": "27730279825611859",
  "loanTypeCode": "D2",
  "currentLoanHolderCode": 578,
  "payments": null,
  "paymentCounters": [
    {
      "type": "ICR",
      "borrowerEligibleIndicator": "Y",
      "loanEligibleIndicator": "Y",
      "qualifyingPaymentCount": 137,
      "eligiblePaymentCount": null,
      "forgivenessRequiredPayments": 300,
      "forgivenessRemainingPayments": 163
    },
    {
      "type": "IBR",
      "borrowerEligibleIndicator": "Y",
      "loanEligibleIndicator": "Y",
      "qualifyingPaymentCount": 144,
      "eligiblePaymentCount": null,
      "forgivenessRequiredPayments": 300,
      "forgivenessRemainingPayments": 156
    },
    {
      "type": "IBR_2014",
      "borrowerEligibleIndicator": "N",
      "loanEligibleIndicator": "N",
      "qualifyingPaymentCount": 0,
      "eligiblePaymentCount": null,
      "forgivenessRequiredPayments": 240,
      "forgivenessRemainingPayments": 240
    },
    {
      "type": "SAVE",
      "borrowerEligibleIndicator": "U",
      "loanEligibleIndicator": "U",
      "qualifyingPaymentCount": 144,
      "eligiblePaymentCount": null,
      "forgivenessRequiredPayments": 300,
      "forgivenessRemainingPayments": 156
    },
    {
      "type": "PAYE",
```

```
      "borrowerEligibleIndicator": "N",
      "loanEligibleIndicator": "N",
      "qualifyingPaymentCount": 137,
      "eligiblePaymentCount": null,
      "forgivenessRequiredPayments": 240,
      "forgivenessRemainingPayments": 103
    },
    {
      "type": "PSLF",
      "borrowerEligibleIndicator": "Y",
      "loanEligibleIndicator": "Y",
      "qualifyingPaymentCount": 0,
      "eligiblePaymentCount": 144,
      "forgivenessRequiredPayments": 120,
      "forgivenessRemainingPayments": 120
    },
    {
      "type": "TEPSLF",
      "borrowerEligibleIndicator": "Y",
      "loanEligibleIndicator": "Y",
      "qualifyingPaymentCount": 0,
      "eligiblePaymentCount": 144,
      "forgivenessRequiredPayments": 120,
      "forgivenessRemainingPayments": 120
    }
  ],
  "earliestEstimatedForgivenessDate": null,
  "updateDateTime": "2025-02-25T06:07:54.024316",
  "startDateTime": "2025-02-25T06:07:54.024316",
  "outstandingPrincipalBalance": 19043.75,
  "outstandingInterestBalance": 6044.32,
  "saveDiscretionaryIncomePercentage": 10,
  "saveSixtyMonthIndicator": null
},
{
  "awardId": "***************U98G01434002",
  "nsldsLabel": "67252401410046947",
  "loanTypeCode": "D2",
  "currentLoanHolderCode": 578,
  "payments": null,
  "paymentCounters": [
    {
      "type": "ICR",
      "borrowerEligibleIndicator": "Y",
```

"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 137,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 163
},
{
"type": "IBR",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "IBR_2014",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 240
},
{
"type": "SAVE",
"borrowerEligibleIndicator": "U",
"loanEligibleIndicator": "U",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "PAYE",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 137,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 103
},
{
"type": "PSLF",

```
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": 144,
        "forgivenessRequiredPayments": 120,
        "forgivenessRemainingPayments": 120
      },
      {
        "type": "TEPSLF",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": 144,
        "forgivenessRequiredPayments": 120,
        "forgivenessRemainingPayments": 120
      }
    ],
    "earliestEstimatedForgivenessDate": null,
    "updateDateTime": "2025-02-25T06:07:54.024316",
    "startDateTime": "2025-02-25T06:07:54.024316",
    "outstandingPrincipalBalance": 8691.46,
    "outstandingInterestBalance": 2758.43,
    "saveDiscretionaryIncomePercentage": 10,
    "saveSixtyMonthIndicator": null
  },
  {
    "awardId": "***************U98G01434001",
    "nsldsLabel": "61289298059401320",
    "loanTypeCode": "D2",
    "currentLoanHolderCode": 578,
    "payments": null,
    "paymentCounters": [
      {
        "type": "ICR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 137,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 163
      },
      {
        "type": "IBR",
        "borrowerEligibleIndicator": "Y",
```

"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "IBR_2014",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 240
},
{
"type": "SAVE",
"borrowerEligibleIndicator": "U",
"loanEligibleIndicator": "U",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "PAYE",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 137,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 103
},
{
"type": "PSLF",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 144,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
},
{
"type": "TEPSLF",

```
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": 144,
        "forgivenessRequiredPayments": 120,
        "forgivenessRemainingPayments": 120
      }
    ],
    "earliestEstimatedForgivenessDate": null,
    "updateDateTime": "2025-02-25T06:07:54.024316",
    "startDateTime": "2025-02-25T06:07:54.024316",
    "outstandingPrincipalBalance": 20390.98,
    "outstandingInterestBalance": 6471.96,
    "saveDiscretionaryIncomePercentage": 10,
    "saveSixtyMonthIndicator": null
  },
  {
    "awardId": "***************U97G01434001",
    "nsIdsLabel": "85106351524577789",
    "loanTypeCode": "D2",
    "currentLoanHolderCode": 578,
    "payments": null,
    "paymentCounters": [
      {
        "type": "ICR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 137,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 163
      },
      {
        "type": "IBR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 144,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 156
      },
      {
        "type": "IBR_2014",
        "borrowerEligibleIndicator": "N",
```

```
    "loanEligibleIndicator": "N",
    "qualifyingPaymentCount": 0,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 240,
    "forgivenessRemainingPayments": 240
  },
  {
    "type": "SAVE",
    "borrowerEligibleIndicator": "U",
    "loanEligibleIndicator": "U",
    "qualifyingPaymentCount": 144,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 300,
    "forgivenessRemainingPayments": 156
  },
  {
    "type": "PAYE",
    "borrowerEligibleIndicator": "N",
    "loanEligibleIndicator": "N",
    "qualifyingPaymentCount": 137,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 240,
    "forgivenessRemainingPayments": 103
  },
  {
    "type": "PSLF",
    "borrowerEligibleIndicator": "Y",
    "loanEligibleIndicator": "Y",
    "qualifyingPaymentCount": 0,
    "eligiblePaymentCount": 144,
    "forgivenessRequiredPayments": 120,
    "forgivenessRemainingPayments": 120
  },
  {
    "type": "TEPSLF",
    "borrowerEligibleIndicator": "Y",
    "loanEligibleIndicator": "Y",
    "qualifyingPaymentCount": 0,
    "eligiblePaymentCount": 144,
    "forgivenessRequiredPayments": 120,
    "forgivenessRemainingPayments": 120
  }
],
"earliestEstimatedForgivenessDate": null,
```

```
    "updateDateTime": "2025-02-25T06:07:54.024316",
    "startDateTime": "2025-02-25T06:07:54.024316",
    "outstandingPrincipalBalance": 21305.1,
    "outstandingInterestBalance": 6761.9,
    "saveDiscretionaryIncomePercentage": 10,
    "saveSixtyMonthIndicator": null
  },
  {
    "awardId": "**************U11G77778101",
    "nsldsLabel": "80124052178817768",
    "loanTypeCode": "D5",
    "currentLoanHolderCode": 578,
    "payments": null,
    "paymentCounters": [
      {
        "type": "ICR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 236,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 64
      },
      {
        "type": "IBR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 243,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 57
      },
      {
        "type": "IBR_2014",
        "borrowerEligibleIndicator": "N",
        "loanEligibleIndicator": "N",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 240,
        "forgivenessRemainingPayments": 240
      },
      {
        "type": "SAVE",
        "borrowerEligibleIndicator": "U",
```

"loanEligibleIndicator": "U",
"qualifyingPaymentCount": 243,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 57
},
{
"type": "PAYE",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 236,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 4
},
{
"type": "PSLF",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 243,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
},
{
"type": "TEPSLF",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 243,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
}
],
"earliestEstimatedForgivenessDate": null,
"updateDateTime": "2025-02-25T06:07:54.024316",
"startDateTime": "2025-02-25T06:07:54.024316",
"outstandingPrincipalBalance": 1959.25,
"outstandingInterestBalance": 50.44,
"saveDiscretionaryIncomePercentage": 10,
"saveSixtyMonthIndicator": null
},
{
"awardId": "**************S99G01434001",

"nsldsLabel": "96860416321661990",
"loanTypeCode": "D1",
"currentLoanHolderCode": 578,
"payments": null,
"paymentCounters": [
{
"type": "ICR",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 137,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 163
},
{
"type": "IBR",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "IBR_2014",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 240
},
{
"type": "SAVE",
"borrowerEligibleIndicator": "U",
"loanEligibleIndicator": "U",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "PAYE",
"borrowerEligibleIndicator": "N",

```
        "loanEligibleIndicator": "N",
        "qualifyingPaymentCount": 137,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 240,
        "forgivenessRemainingPayments": 103
      },
      {
        "type": "PSLF",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": 144,
        "forgivenessRequiredPayments": 120,
        "forgivenessRemainingPayments": 120
      },
      {
        "type": "TEPSLF",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": 144,
        "forgivenessRequiredPayments": 120,
        "forgivenessRemainingPayments": 120
      }
    ],
    "earliestEstimatedForgivenessDate": null,
    "updateDateTime": "2025-02-25T06:07:54.024316",
    "startDateTime": "2025-02-25T06:07:54.024316",
    "outstandingPrincipalBalance": 12504.32,
    "outstandingInterestBalance": 3964.42,
    "saveDiscretionaryIncomePercentage": 10,
    "saveSixtyMonthIndicator": null
  },
  {
    "awardId": "**************S98G01434002",
    "nsldsLabel": "28575336985459519",
    "loanTypeCode": "D1",
    "currentLoanHolderCode": 578,
    "payments": null,
    "paymentCounters": [
      {
        "type": "ICR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
```

```
    "qualifyingPaymentCount": 137,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 300,
    "forgivenessRemainingPayments": 163
  },
  {
    "type": "IBR",
    "borrowerEligibleIndicator": "Y",
    "loanEligibleIndicator": "Y",
    "qualifyingPaymentCount": 144,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 300,
    "forgivenessRemainingPayments": 156
  },
  {
    "type": "IBR_2014",
    "borrowerEligibleIndicator": "N",
    "loanEligibleIndicator": "N",
    "qualifyingPaymentCount": 0,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 240,
    "forgivenessRemainingPayments": 240
  },
  {
    "type": "SAVE",
    "borrowerEligibleIndicator": "U",
    "loanEligibleIndicator": "U",
    "qualifyingPaymentCount": 144,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 300,
    "forgivenessRemainingPayments": 156
  },
  {
    "type": "PAYE",
    "borrowerEligibleIndicator": "N",
    "loanEligibleIndicator": "N",
    "qualifyingPaymentCount": 137,
    "eligiblePaymentCount": null,
    "forgivenessRequiredPayments": 240,
    "forgivenessRemainingPayments": 103
  },
  {
    "type": "PSLF",
    "borrowerEligibleIndicator": "Y",
```

"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 144,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
},
{
"type": "TEPSLF",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 144,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
}
],
"earliestEstimatedForgivenessDate": null,
"updateDateTime": "2025-02-25T06:07:54.024316",
"startDateTime": "2025-02-25T06:07:54.024316",
"outstandingPrincipalBalance": 12504.4,
"outstandingInterestBalance": 3964.72,
"saveDiscretionaryIncomePercentage": 10,
"saveSixtyMonthIndicator": null
},
{
"awardId": "***************S98G01434001",
"nsldsLabel": "624411902643084 64",
"loanTypeCode": "D1",
"currentLoanHolderCode": 578,
"payments": null,
"paymentCounters": [
{
"type": "ICR",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 137,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 163
},
{
"type": "IBR",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",

"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "IBR_2014",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 240
},
{
"type": "SAVE",
"borrowerEligibleIndicator": "U",
"loanEligibleIndicator": "U",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "PAYE",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 137,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 103
},
{
"type": "PSLF",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 144,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
},
{
"type": "TEPSLF",
"borrowerEligibleIndicator": "Y",

```
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": 144,
        "forgivenessRequiredPayments": 120,
        "forgivenessRemainingPayments": 120
      }
    ],
    "earliestEstimatedForgivenessDate": null,
    "updateDateTime": "2025-02-25T06:07:54.024316",
    "startDateTime": "2025-02-25T06:07:54.024316",
    "outstandingPrincipalBalance": 12504.32,
    "outstandingInterestBalance": 3964.46,
    "saveDiscretionaryIncomePercentage": 10,
    "saveSixtyMonthIndicator": null
  },
  {
    "awardId": "**************S97G01434001",
    "nsldsLabel": "67683638767657724",
    "loanTypeCode": "D1",
    "currentLoanHolderCode": 578,
    "payments": null,
    "paymentCounters": [
      {
        "type": "ICR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 137,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 163
      },
      {
        "type": "IBR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 144,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 156
      },
      {
        "type": "IBR_2014",
        "borrowerEligibleIndicator": "N",
        "loanEligibleIndicator": "N",
```

"qualifyingPaymentCount": 0,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 240
},
{
"type": "SAVE",
"borrowerEligibleIndicator": "U",
"loanEligibleIndicator": "U",
"qualifyingPaymentCount": 144,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 300,
"forgivenessRemainingPayments": 156
},
{
"type": "PAYE",
"borrowerEligibleIndicator": "N",
"loanEligibleIndicator": "N",
"qualifyingPaymentCount": 137,
"eligiblePaymentCount": null,
"forgivenessRequiredPayments": 240,
"forgivenessRemainingPayments": 103
},
{
"type": "PSLF",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 144,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
},
{
"type": "TEPSLF",
"borrowerEligibleIndicator": "Y",
"loanEligibleIndicator": "Y",
"qualifyingPaymentCount": 0,
"eligiblePaymentCount": 144,
"forgivenessRequiredPayments": 120,
"forgivenessRemainingPayments": 120
}
],
"earliestEstimatedForgivenessDate": null,
"updateDateTime": "2025-02-25T06:07:54.024316",

```
    "startDateTime": "2025-02-25T06:07:54.024316",
    "outstandingPrincipalBalance": 12504.35,
    "outstandingInterestBalance": 3964.61,
    "saveDiscretionaryIncomePercentage": 10,
    "saveSixtyMonthIndicator": null
  },
  {
    "awardId": "***************S11G77778101",
    "nsldsLabel": "34511581507175189",
    "loanTypeCode": "D6",
    "currentLoanHolderCode": 578,
    "payments": null,
    "paymentCounters": [
      {
        "type": "ICR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 236,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 64
      },
      {
        "type": "IBR",
        "borrowerEligibleIndicator": "Y",
        "loanEligibleIndicator": "Y",
        "qualifyingPaymentCount": 243,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 300,
        "forgivenessRemainingPayments": 57
      },
      {
        "type": "IBR_2014",
        "borrowerEligibleIndicator": "N",
        "loanEligibleIndicator": "N",
        "qualifyingPaymentCount": 0,
        "eligiblePaymentCount": null,
        "forgivenessRequiredPayments": 240,
        "forgivenessRemainingPayments": 240
      },
      {
        "type": "SAVE",
        "borrowerEligibleIndicator": "U",
        "loanEligibleIndicator": "U",
```

```
      "qualifyingPaymentCount": 243,
      "eligiblePaymentCount": null,
      "forgivenessRequiredPayments": 300,
      "forgivenessRemainingPayments": 57
    },
    {
      "type": "PAYE",
      "borrowerEligibleIndicator": "N",
      "loanEligibleIndicator": "N",
      "qualifyingPaymentCount": 236,
      "eligiblePaymentCount": null,
      "forgivenessRequiredPayments": 240,
      "forgivenessRemainingPayments": 4
    },
    {
      "type": "PSLF",
      "borrowerEligibleIndicator": "Y",
      "loanEligibleIndicator": "Y",
      "qualifyingPaymentCount": 0,
      "eligiblePaymentCount": 243,
      "forgivenessRequiredPayments": 120,
      "forgivenessRemainingPayments": 120
    },
    {
      "type": "TEPSLF",
      "borrowerEligibleIndicator": "Y",
      "loanEligibleIndicator": "Y",
      "qualifyingPaymentCount": 0,
      "eligiblePaymentCount": 243,
      "forgivenessRequiredPayments": 120,
      "forgivenessRemainingPayments": 120
    }
  ],
  "earliestEstimatedForgivenessDate": null,
  "updateDateTime": "2025-02-25T06:07:54.024316",
  "startDateTime": "2025-02-25T06:07:54.024316",
  "outstandingPrincipalBalance": 11319.65,
  "outstandingInterestBalance": 292.86,
  "saveDiscretionaryIncomePercentage": 10,
  "saveSixtyMonthIndicator": null
 }
]
```