File Source:U.S. DEPARTMENT OF EDUCATION, NATIONAL STUDENT LOAN DATA SYSTEM (NSLDS)
File Request Date:2025-05-02 11:11:13
[redacted]
Student Zip Code:322058410
Student Email Address:A.G.GANCARSKI@GMAIL.COM
Student Home Phone Country Code:1
Student Home Phone Number:9045633534
Student Home Phone Preferred:No
Student Cell Phone Country Code:1
Student Cell Phone Number:9045633534
Student Cell Phone Preferred:Yes
Student Work Phone Country Code:1
Student Work Phone Number:9045633534
Student Work Phone Preferred:No
Student SULA Maximum Eligibility Period:0
Student SULA Subsidized Usage Period:0
Student SULA Remaining Eligibility Period:0
Student Enrollment Status Code:N
Student Enrollment Status Code Description:WITHDRAWN
Student Enrollment Status Effective Date:10/09/2002
Undergraduate Subsidized Loan Limit Flag:No loans for category or NOT E, C, R
Undergraduate Combined Loan Limit Flag:No loans for category or NOT E, C, R
Undergraduate Award Year:1991
Undergraduate Dependency Indicator:Independent
Undergraduate Aggregate Subsidized Total:$0.00
Undergraduate Aggregate Unsubsidized Total:$0.00
Undergraduate Aggregate Combined Total:$0.00
Graduate Subsidized Loan Limit Flag:No loans for category or NOT E, C, R
Graduate Combined Loan Limit Flag:No loans for category or NOT E, C, R
Graduate Award Year:2003
Graduate Dependency Indicator:Independent
Graduate Aggregate Subsidized Total:$44,498.00
Graduate Aggregate Unsubsidized Total:$35,903.00
Graduate Aggregate Combined Total:$80,401.00
Aggregate Subsidized Total (Undergraduate and Graduate):$44,498.00

Aggregate Unsubsidized Total (Undergraduate and Graduate):$35,903.00
Aggregate Combined Total (Undergraduate and Graduate):$80,401.00
Student Total All Loans Outstanding Principal:$132,727.58
Student Total All Loans Outstanding Interest:$38,238.12
Student Pell Lifetime Eligibility Used:
Student Iraq and Afghanistan Service Lifetime Eligibility Used:
Student Total All Grants:$0.00
Type Code:D1
Type Description:DIRECT STAFFORD SUBSIDIZED
Total <D1> Outstanding Principal:$50,017.39
Total <D1> Outstanding Interest:$15,858.21
Type Code:D2
Type Description:DIRECT STAFFORD UNSUBSIDIZED
Total <D2> Outstanding Principal:$69,431.29
Total <D2> Outstanding Interest:$22,036.61
Type Code:D5
Type Description:DIRECT CONSOLIDATED UNSUBSIDIZED
Total <D5> Outstanding Principal:$1,959.25
Total <D5> Outstanding Interest:$50.44
Type Code:D6
Type Description:DIRECT CONSOLIDATED SUBSIDIZED
Total <D6> Outstanding Principal:$11,319.65
Total <D6> Outstanding Interest:$292.86
Type Code:PU
Type Description:FEDERAL PERKINS
Total <PU> Outstanding Principal:$0.00
Total <PU> Outstanding Interest:$0.00
Type Code:SF
Type Description:FFEL STAFFORD SUBSIDIZED
Total <SF> Outstanding Principal:$0.00
Total <SF> Outstanding Interest:$0.00
Type Code:SU
Type Description:FFEL STAFFORD UNSUBSIDIZED
Total <SU> Outstanding Principal:$0.00
Total <SU> Outstanding Interest:$0.00
Loan Type Code:SF
Loan Type Description:FFEL STAFFORD SUBSIDIZED
Loan Award ID:*****80000B02619703
Loan Attending School Name:Gonzaga University
Loan Attending School OPEID:00377800
Loan Date:07/01/2002
Loan Repayment Begin Date:04/10/2003
Loan Period Begin Date:08/26/2002

Loan Period End Date:05/09/2003
Loan Amount:$8,500.00
Loan Disbursed Amount:$4,250.00
Loan Canceled Amount:$4,250.00
Loan Canceled Date:12/26/2002
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:07/01/2011
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:07/01/2011
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:0.00%
Loan Actual Interest Rate:
Loan Statutory Interest Rate:
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:2003
Capitalized Interest:$0.00
Net Loan Amount:$1,176.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:01/04/2012
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00

Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:07/01/2011
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/06/2011
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:01/15/2011
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:11/08/2010
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/16/2009
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/14/2009
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:05/01/2009
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:05/01/2008
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:05/16/2007
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:06/15/2005
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:11/29/2004
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:05/01/2003
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:10/10/2002
Loan Status:IA

Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:07/01/2002
Loan Disbursement Date:08/14/2002
Loan Disbursement Amount:$4,250.00
Loan Contact Type:Current Servicer
Loan Contact Code:700212
Loan Contact Name:ACCESS GROUP, INC.
Loan Contact Street Address 1:5500 BRANDYWINE PKWY
Loan Contact Street Address 2:
Loan Contact City:WILMINGTON
Loan Contact State Code:DE
Loan Contact Zip Code:19803(0430)
Loan Contact Phone Number:3024774103
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Guaranty Agency
Loan Contact Code:706
Loan Contact Name:ECMC-CA
Loan Contact Street Address 1:PO BOX 16408.
Loan Contact Street Address 2:
Loan Contact City:ST PAUL
Loan Contact State Code:MN
Loan Contact Zip Code:55116(0408)
Loan Contact Phone Number:888-221-3262
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@ecmc.org
Loan Contact Web Site Address:https://www.ecmc.org/borrowers/index.html
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Lender
Loan Contact Code:808851
Loan Contact Name:DEUTSCHE BANK ELT ACCESS GROUP
Loan Contact Street Address 1:60 WALL ST.
Loan Contact Street Address 2:
Loan Contact City:NEW YORK
Loan Contact State Code:NY
Loan Contact Zip Code:10005(2858)
Loan Contact Phone Number:2122502273

Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:SU
Loan Type Description:FFEL STAFFORD UNSUBSIDIZED
Loan Award ID:*****8026U00000000
Loan Attending School Name:Gonzaga University
Loan Attending School OPEID:00377800
Loan Date:07/01/2002
Loan Repayment Begin Date:04/10/2003
Loan Period Begin Date:08/26/2002
Loan Period End Date:05/09/2003
Loan Amount:$10,000.00
Loan Disbursed Amount:$0.00
Loan Canceled Amount:$10,000.00
Loan Canceled Date:05/21/2003
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:05/21/2003
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:05/21/2003
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:0.00%
Loan Actual Interest Rate:
Loan Statutory Interest Rate:
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:2003

Capitalized Interest:$0.00
Net Loan Amount:$0.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:03/26/2005
DelinqDate:
Current Loan Status:CA
Current Loan Status Description:CANCELLED
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:CA
Loan Status Description:CANCELLED
Loan Status Effective Date:05/21/2003
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:07/01/2002
Loan Disbursement Date:08/14/2002
Loan Disbursement Amount:$0.00
Loan Contact Type:Current Servicer
Loan Contact Code:700072
Loan Contact Name:ARC SERVICING
Loan Contact Street Address 1:P.O. BOX 24266
Loan Contact Street Address 2:
Loan Contact City:LOUISVILLE
Loan Contact State Code:KY
Loan Contact Zip Code:40224(0000)
Loan Contact Phone Number:5023297215
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Guaranty Agency
Loan Contact Code:706
Loan Contact Name:ECMC-CA
Loan Contact Street Address 1:PO BOX 16408.
Loan Contact Street Address 2:

Loan Contact City:ST PAUL
Loan Contact State Code:MN
Loan Contact Zip Code:55116(0408)
Loan Contact Phone Number:888-221-3262
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@ecmc.org
Loan Contact Web Site Address:https://www.ecmc.org/borrowers/index.html
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Lender
Loan Contact Code:808851
Loan Contact Name:DEUTSCHE BANK ELT ACCESS GROUP
Loan Contact Street Address 1:60 WALL ST.
Loan Contact Street Address 2:
Loan Contact City:NEW YORK
Loan Contact State Code:NY
Loan Contact Zip Code:10005(2858)
Loan Contact Phone Number:2122502273
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:SF
Loan Type Description:FFEL STAFFORD SUBSIDIZED
Loan Award ID:*****80000B02561503
Loan Attending School Name:Gonzaga University
Loan Attending School OPEID:00377800
Loan Date:06/19/2002
Loan Repayment Begin Date:04/10/2003
Loan Period Begin Date:06/18/2002
Loan Period End Date:08/09/2002
Loan Amount:$8,500.00
Loan Disbursed Amount:$8,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:07/01/2011
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:07/01/2011
Loan Interest Rate Type Code:V

Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:0.00%
Loan Actual Interest Rate:
Loan Statutory Interest Rate:
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:2002
Capitalized Interest:$0.00
Net Loan Amount:$8,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:11/10/2011
DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:07/01/2011
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/06/2011
Loan Status:FB

Loan Status Description:FORBEARANCE
Loan Status Effective Date:01/15/2011
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:11/08/2010
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/16/2009
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/14/2009
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:05/01/2009
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:05/01/2008
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:05/16/2007
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:06/15/2005
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:05/16/2005
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:01/16/2005
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:11/29/2004
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:10/10/2002
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:06/19/2002
Loan Disbursement Date:06/27/2002
Loan Disbursement Amount:$8,500.00
Loan Contact Type:Current Servicer
Loan Contact Code:700212
Loan Contact Name:ACCESS GROUP, INC.

Loan Contact Street Address 1:5500 BRANDYWINE PKWY
Loan Contact Street Address 2:
Loan Contact City:WILMINGTON
Loan Contact State Code:DE
Loan Contact Zip Code:19803(0430)
Loan Contact Phone Number:3024774103
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Guaranty Agency
Loan Contact Code:706
Loan Contact Name:ECMC-CA
Loan Contact Street Address 1:PO BOX 16408.
Loan Contact Street Address 2:
Loan Contact City:ST PAUL
Loan Contact State Code:MN
Loan Contact Zip Code:55116(0408)
Loan Contact Phone Number:888-221-3262
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@ecmc.org
Loan Contact Web Site Address:https://www.ecmc.org/borrowers/index.html
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Lender
Loan Contact Code:808851
Loan Contact Name:DEUTSCHE BANK ELT ACCESS GROUP
Loan Contact Street Address 1:60 WALL ST.
Loan Contact Street Address 2:
Loan Contact City:NEW YORK
Loan Contact State Code:NY
Loan Contact Zip Code:10005(2858)
Loan Contact Phone Number:2122502273
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:SU

Loan Type Description:FFEL STAFFORD UNSUBSIDIZED
Loan Award ID:*****80000B02561504
Loan Attending School Name:Gonzaga University
Loan Attending School OPEID:00377800
Loan Date:06/19/2002
Loan Repayment Begin Date:04/10/2003
Loan Period Begin Date:06/18/2002
Loan Period End Date:08/09/2002
Loan Amount:$1,476.00
Loan Disbursed Amount:$1,476.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:07/01/2011
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:07/01/2011
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:0.00%
Loan Actual Interest Rate:
Loan Statutory Interest Rate:
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:2002
Capitalized Interest:$0.00
Net Loan Amount:$1,476.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$0.00
Calculated Combined Aggregate OPB:
UpdtDt:11/10/2011

DelinqDate:
Current Loan Status:PN
Current Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PN
Loan Status Description:NON-DEFAULTED, PAID IN FULL THROUGH CONSOLIDATION LOAN
Loan Status Effective Date:07/01/2011
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/06/2011
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:01/15/2011
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:11/08/2010
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/16/2009
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/14/2009
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:05/01/2009
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:05/01/2008
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:05/16/2007
Loan Status:DA
Loan Status Description:DEFERRED
Loan Status Effective Date:06/15/2005
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:05/16/2005

Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:01/16/2005
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:11/29/2004
Loan Status:IG
Loan Status Description:IN GRACE PERIOD
Loan Status Effective Date:10/10/2002
Loan Status:IA
Loan Status Description:LOAN ORIGINATED
Loan Status Effective Date:06/19/2002
Loan Disbursement Date:06/27/2002
Loan Disbursement Amount:$1,476.00
Loan Contact Type:Current Servicer
Loan Contact Code:700212
Loan Contact Name:ACCESS GROUP, INC.
Loan Contact Street Address 1:5500 BRANDYWINE PKWY
Loan Contact Street Address 2:
Loan Contact City:WILMINGTON
Loan Contact State Code:DE
Loan Contact Zip Code:19803(0430)
Loan Contact Phone Number:3024774103
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Guaranty Agency
Loan Contact Code:706
Loan Contact Name:ECMC-CA
Loan Contact Street Address 1:PO BOX 16408.
Loan Contact Street Address 2:
Loan Contact City:ST PAUL
Loan Contact State Code:MN
Loan Contact Zip Code:55116(0408)
Loan Contact Phone Number:888-221-3262
Loan Contact Phone Extension:
Loan Contact Email Address:customerservice@ecmc.org
Loan Contact Web Site Address:https://www.ecmc.org/borrowers/index.html
Most Relevant:No
Loan Special Contact Reason:

Loan Special Contact:
Loan Contact Type:Current Lender
Loan Contact Code:808851
Loan Contact Name:DEUTSCHE BANK ELT ACCESS GROUP
Loan Contact Street Address 1:60 WALL ST.
Loan Contact Street Address 2:
Loan Contact City:NEW YORK
Loan Contact State Code:NY
Loan Contact Zip Code:10005(2858)
Loan Contact Phone Number:2122502273
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****XXXXXXXXXXS99G01434001
Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:06/16/1998
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:05/26/1998
Loan Period End Date:12/18/1998
Loan Amount:$8,500.00
Loan Disbursed Amount:$8,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$12,504.32
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$3,964.42
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$24.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026

Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$481.79
Loan PSLF Cumulative Matched Months:0
Academic Level:Third Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1998
Capitalized Interest:$4,004.32
Net Loan Amount:$8,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$8,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$12,504.32
Current Standard-Standard Schedule Payment Amount:$101.00
Permanent Standard-Standard Schedule Payment Amount:$134.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018

Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP

Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:05/26/1998
Loan Disbursement Date:08/21/1998
Loan Disbursement Amount:$4,250.00
Loan Disbursement Date:06/16/1998
Loan Disbursement Amount:$4,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****XXXXXXXXXXU99G01434001
Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:06/16/1998
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:05/26/1998
Loan Period End Date:12/18/1998
Loan Amount:$10,000.00
Loan Disbursed Amount:$10,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$19,043.75
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$6,044.32
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE

Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$37.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$733.97
Loan PSLF Cumulative Matched Months:0
Academic Level:Third Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1998
Capitalized Interest:$9,043.75
Net Loan Amount:$10,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$10,000.00
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$19,044.00
Current Standard-Standard Schedule Payment Amount:$127.00
Permanent Standard-Standard Schedule Payment Amount:$202.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB

Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE

Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:05/26/1998
Loan Disbursement Date:08/21/1998
Loan Disbursement Amount:$5,000.00
Loan Disbursement Date:06/16/1998
Loan Disbursement Amount:$5,000.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****XXXXXXXXXXS98G01434002
Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:01/14/1998
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:01/20/1998
Loan Period End Date:05/04/1998
Loan Amount:$8,500.00
Loan Disbursed Amount:$8,500.00

Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$12,504.40
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$3,964.72
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$24.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$481.79
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1998
Capitalized Interest:$4,004.40
Net Loan Amount:$8,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$8,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$12,504.40
Current Standard-Standard Schedule Payment Amount:$101.00
Permanent Standard-Standard Schedule Payment Amount:$134.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT

Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014

Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:01/20/1998
Loan Disbursement Date:03/11/1998
Loan Disbursement Amount:$4,250.00
Loan Disbursement Date:01/14/1998
Loan Disbursement Amount:$4,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****XXXXXXXXXXU98G01434002

Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:01/14/1998
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:01/20/1998
Loan Period End Date:05/04/1998
Loan Amount:$4,427.00
Loan Disbursed Amount:$4,427.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$8,691.46
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$2,758.43
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$17.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$334.94
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1998
Capitalized Interest:$4,264.46
Net Loan Amount:$4,427.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$4,427.00
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP

Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$8,691.46
Current Standard-Standard Schedule Payment Amount:$58.00
Permanent Standard-Standard Schedule Payment Amount:$92.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP

Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:01/20/1998
Loan Disbursement Date:03/11/1998
Loan Disbursement Amount:$2,213.00
Loan Disbursement Date:01/14/1998
Loan Disbursement Amount:$2,214.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:

Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****XXXXXXXXXXXS98G01434001
Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:06/23/1997
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:06/30/1997
Loan Period End Date:12/10/1997
Loan Amount:$8,500.00
Loan Disbursed Amount:$8,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$12,504.32
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$3,964.46
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$24.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$481.79
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1997
Capitalized Interest:$4,004.32

Net Loan Amount:$8,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$8,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$12,504.32
Current Standard-Standard Schedule Payment Amount:$101.00
Permanent Standard-Standard Schedule Payment Amount:$134.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE

Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:06/30/1997
Loan Disbursement Date:08/22/1997
Loan Disbursement Amount:$4,250.00
Loan Disbursement Date:06/23/1997
Loan Disbursement Amount:$4,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578

Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****XXXXXXXXXXU98G01434001
Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:06/23/1997
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:06/30/1997
Loan Period End Date:12/10/1997
Loan Amount:$10,000.00
Loan Disbursed Amount:$10,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$20,390.98
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$6,471.96
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$39.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:

Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$785.87
Loan PSLF Cumulative Matched Months:0
Academic Level:Second Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1997
Capitalized Interest:$10,390.98
Net Loan Amount:$10,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$10,000.00
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$20,391.00
Current Standard-Standard Schedule Payment Amount:$136.00
Permanent Standard-Standard Schedule Payment Amount:$216.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018

Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID

Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:06/30/1997
Loan Disbursement Date:08/22/1997
Loan Disbursement Amount:$5,000.00
Loan Disbursement Date:06/23/1997
Loan Disbursement Amount:$5,000.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D1
Loan Type Description:DIRECT STAFFORD SUBSIDIZED
Loan Award ID:*****XXXXXXXXXXS97G01434001
Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:10/04/1996
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:09/03/1996
Loan Period End Date:05/07/1997
Loan Amount:$8,500.00
Loan Disbursed Amount:$8,500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$12,504.35
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$3,964.61
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%

Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$24.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$481.79
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1997
Capitalized Interest:$4,004.35
Net Loan Amount:$8,500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$8,500.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$12,504.35
Current Standard-Standard Schedule Payment Amount:$101.00
Permanent Standard-Standard Schedule Payment Amount:$134.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP

Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT

Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:09/03/1996
Loan Disbursement Date:01/06/1997
Loan Disbursement Amount:$4,250.00
Loan Disbursement Date:10/04/1996
Loan Disbursement Amount:$4,250.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D2
Loan Type Description:DIRECT STAFFORD UNSUBSIDIZED
Loan Award ID:*****XXXXXXXXXXU97G01434001
Loan Attending School Name:American University (The)
Loan Attending School OPEID:00143400
Loan Date:10/04/1996
Loan Repayment Begin Date:06/19/1999
Loan Period Begin Date:09/03/1996
Loan Period End Date:05/07/1997
Loan Amount:$10,000.00
Loan Disbursed Amount:$10,000.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$21,305.10

Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$6,761.90
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:V
Loan Interest Rate Type Description:VARIABLE
Loan Interest Rate:8.25%
Loan Actual Interest Rate:8.25%
Loan Statutory Interest Rate:8.25%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:07/01/2024
Loan Repayment Plan Scheduled Amount:$41.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$821.13
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year Graduate
Additional Unsubsidized Loan Flag:No Denial
Award Year:1997
Capitalized Interest:$11,305.10
Net Loan Amount:$10,000.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$10,000.00
Calculated Combined Aggregate OPB:
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$21,305.10
Current Standard-Standard Schedule Payment Amount:$142.00
Permanent Standard-Standard Schedule Payment Amount:$226.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE

Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:01/26/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014

Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:09/03/1996
Loan Disbursement Date:01/06/1997
Loan Disbursement Amount:$5,000.00
Loan Disbursement Date:10/04/1996
Loan Disbursement Amount:$5,000.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:SF
Loan Type Description:FFEL STAFFORD SUBSIDIZED
Loan Award ID:*****2A090O10584501
Loan Attending School Name:Carnegie Mellon University
Loan Attending School OPEID:00324200
Loan Date:08/13/1990

Loan Repayment Begin Date:11/02/1991
Loan Period Begin Date:08/27/1990
Loan Period End Date:05/20/1991
Loan Amount:$2,625.00
Loan Disbursed Amount:$2,625.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:10/31/2000
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:10/31/2000
Loan Interest Rate Type Code:8
Loan Interest Rate Type Description:8/10
Loan Interest Rate:0.00%
Loan Actual Interest Rate:
Loan Statutory Interest Rate:8.00%
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:First Year
Additional Unsubsidized Loan Flag:No Denial
Award Year:1991
Capitalized Interest:$0.00
Net Loan Amount:$2,625.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$0.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:03/26/2005
DelinqDate:
Current Loan Status:PF
Current Loan Status Description:PAID IN FULL
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00

Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PF
Loan Status Description:PAID IN FULL
Loan Status Effective Date:10/31/2000
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:05/29/2000
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:01/28/1999
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/1992
Loan Status:ID
Loan Status Description:IN SCHOOL OR GRACE PERIOD
Loan Status Effective Date:08/27/1990
Loan Disbursement Date:12/12/1990
Loan Disbursement Amount:$2,625.00
Loan Contact Type:Current Servicer
Loan Contact Code:700006
Loan Contact Name:CONDUENT
Loan Contact Street Address 1:ATTN:  BORROWER SERVICES DEPARTMENT
Loan Contact Street Address 2:P.O. BOX 7051
Loan Contact City:UTICA
Loan Contact State Code:NY
Loan Contact Zip Code:13504(7051)
Loan Contact Phone Number:800-835-4611
Loan Contact Phone Extension:
Loan Contact Email Address:HTTPS://WWW.AFSA.COM/FFEL/FEEDBACK_SSL.HTML
Loan Contact Web Site Address:
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Guaranty Agency
Loan Contact Code:742
Loan Contact Name:PENNSYLVANIA HIGHER EDUC. ASST. AGENCY
Loan Contact Street Address 1:1200 N.  7TH STREET
Loan Contact Street Address 2:
Loan Contact City:HARRISBURG
Loan Contact State Code:PA
Loan Contact Zip Code:17102(0000)

Loan Contact Phone Number:
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Contact Type:Current Lender
Loan Contact Code:833364
Loan Contact Name:BONY MELLON ELT PNC
Loan Contact Street Address 1:2730 LIBERTY AVE P5-PCLC-02-B
Loan Contact Street Address 2:
Loan Contact City:PITTSBURGH
Loan Contact State Code:PA
Loan Contact Zip Code:15222(4619)
Loan Contact Phone Number:4127685713
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:
Most Relevant:No
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:PU
Loan Type Description:FEDERAL PERKINS
Loan Award ID:*****XXXXXXXXXXX0
Loan Attending School Name:Carnegie Mellon University
Loan Attending School OPEID:00324200
Loan Date:09/01/1990
Loan Repayment Begin Date:03/01/1994
Loan Period Begin Date:07/01/1990
Loan Period End Date:06/30/1991
Loan Amount:$500.00
Loan Disbursed Amount:$500.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$0.00
Loan Outstanding Principal Balance as of Date:11/29/1996
Loan Outstanding Interest Balance:$0.00
Loan Outstanding Interest Balance as of Date:
Loan Interest Rate Type Code:
Loan Interest Rate Type Description:
Loan Interest Rate:5.00%
Loan Actual Interest Rate:

Loan Statutory Interest Rate:5.00%
Loan Repayment Plan Type Code:
Loan Repayment Plan Type Code Description:
Loan Repayment Plan Begin Date:
Loan Repayment Plan Scheduled Amount:$0.00
Loan Repayment Plan IDR Plan Anniversary Date:
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:
Loan Next Payment Due Date:
Loan Cumulative Payment Amount:$0.00
Loan PSLF Cumulative Matched Months:0
Academic Level:Not Available
Additional Unsubsidized Loan Flag:No Denial
Award Year:1991
Capitalized Interest:$0.00
Net Loan Amount:$500.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:
UpdtDt:03/26/2005
DelinqDate:
Current Loan Status:PF
Current Loan Status Description:PAID IN FULL
Highest Historical Outstanding Principal Balance (OPB):
Current Standard-Standard Schedule Payment Amount:$0.00
Permanent Standard-Standard Schedule Payment Amount:$0.00
Parent Plus First Level Consolidation Indicator:
Consolidation Loan With Any Parent Plus Indicator:
Loan Status:PF
Loan Status Description:PAID IN FULL
Loan Status Effective Date:11/29/1996
Loan Disbursement Date:09/01/1990
Loan Disbursement Amount:$500.00
Loan Contact Type:Attending School
Loan Contact Code:00324200
Loan Contact Name:Carnegie Mellon University
Loan Contact Street Address 1:CARNEGIE MELLON UNIVERSITY
Loan Contact Street Address 2:5000 FORBES AVE, WARNER HALL A19
Loan Contact City:PITTSBURGH
Loan Contact State Code:PA

Loan Contact Zip Code:15213
Loan Contact Phone Number:412-268-1986
Loan Contact Phone Extension:
Loan Contact Email Address:dn11@andrew.cmu.edu
Loan Contact Web Site Address:https://www.cmu.edu/sfs/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D5
Loan Type Description:DIRECT CONSOLIDATED UNSUBSIDIZED
Loan Award ID:*****XXXXXXXXXXU11G77778101
Loan Attending School Name:SCHOOL CODE FOR CONSOLIDATION LOANS
Loan Attending School OPEID:88888800
Loan Date:06/27/2011
Loan Repayment Begin Date:06/27/2011
Loan Period Begin Date:
Loan Period End Date:
Loan Amount:$1,803.00
Loan Disbursed Amount:$1,803.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$1,959.25
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$50.44
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:2.50%
Loan Actual Interest Rate:2.50%
Loan Statutory Interest Rate:2.50%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:01/17/2024
Loan Repayment Plan Scheduled Amount:$4.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025
Loan Cumulative Payment Amount:$75.51
Loan PSLF Cumulative Matched Months:0
Academic Level:Not Available

Additional Unsubsidized Loan Flag:No Denial
Award Year:2011
Capitalized Interest:$168.88
Net Loan Amount:$1,803.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:
Calculated Unsubsidized Aggregate OPB:$1,476.00
Calculated Combined Aggregate OPB:$1,476.00
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$1,959.25
Current Standard-Standard Schedule Payment Amount:$17.00
Permanent Standard-Standard Schedule Payment Amount:$18.00
Parent Plus First Level Consolidation Indicator:No
Consolidation Loan With Any Parent Plus Indicator:No
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:04/15/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT

Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Disbursement Date:06/27/2011
Loan Disbursement Amount:$1,803.00
Loan Contact Type:Current ED Servicer
Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001

Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Loan Type Code:D6
Loan Type Description:DIRECT CONSOLIDATED SUBSIDIZED
Loan Award ID:*****XXXXXXXXXXXS11G77778101
Loan Attending School Name:SCHOOL CODE FOR CONSOLIDATION LOANS
Loan Attending School OPEID:88888800
Loan Date:06/27/2011
Loan Repayment Begin Date:06/27/2011
Loan Period Begin Date:
Loan Period End Date:
Loan Amount:$10,498.00
Loan Disbursed Amount:$10,498.00
Loan Canceled Amount:$0.00
Loan Canceled Date:
Loan Outstanding Principal Balance:$11,319.65
Loan Outstanding Principal Balance as of Date:04/07/2025
Loan Outstanding Interest Balance:$292.86
Loan Outstanding Interest Balance as of Date:04/07/2025
Loan Interest Rate Type Code:F
Loan Interest Rate Type Description:FIXED
Loan Interest Rate:2.50%
Loan Actual Interest Rate:2.50%
Loan Statutory Interest Rate:2.50%
Loan Repayment Plan Type Code:IB
Loan Repayment Plan Type Code Description:INCOME-BASED REPAYMENT
Loan Repayment Plan Begin Date:01/17/2024
Loan Repayment Plan Scheduled Amount:$22.00
Loan Repayment Plan IDR Plan Anniversary Date:12/28/2026
Loan Confirmed Subsidy Status:
Loan Subsidized Usage in Years:
Loan Reaffirmation Date:
Loan Most Recent Payment Effective Date:04/02/2025
Loan Next Payment Due Date:05/28/2025

Loan Cumulative Payment Amount:$436.23
Loan PSLF Cumulative Matched Months:0
Academic Level:Not Available
Additional Unsubsidized Loan Flag:No Denial
Award Year:2011
Capitalized Interest:$898.05
Net Loan Amount:$10,498.00
Reaffirmation flag:
Calculated Subsidized Aggregate OPB:$10,498.00
Calculated Unsubsidized Aggregate OPB:
Calculated Combined Aggregate OPB:$10,498.00
UpdtDt:04/08/2025
DelinqDate:
Current Loan Status:RP
Current Loan Status Description:IN REPAYMENT
Highest Historical Outstanding Principal Balance (OPB):$11,320.00
Current Standard-Standard Schedule Payment Amount:$99.00
Permanent Standard-Standard Schedule Payment Amount:$103.00
Parent Plus First Level Consolidation Indicator:No
Consolidation Loan With Any Parent Plus Indicator:No
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/01/2023
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/15/2021
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/22/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/28/2019
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:04/15/2019
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:11/01/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:03/16/2018
Loan Status:FB
Loan Status Description:FORBEARANCE

Loan Status Effective Date:02/14/2018
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:12/14/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/15/2017
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:08/01/2017
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:08/09/2016
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:06/01/2015
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:02/01/2015
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:10/01/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:09/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:09/09/2014
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:06/14/2014
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:07/01/2013
Loan Status:FB
Loan Status Description:FORBEARANCE
Loan Status Effective Date:04/14/2013
Loan Status:RP
Loan Status Description:IN REPAYMENT
Loan Status Effective Date:02/15/2013
Loan Disbursement Date:06/27/2011
Loan Disbursement Amount:$10,498.00
Loan Contact Type:Current ED Servicer

Loan Contact Code:578
Loan Contact Name:DEPT OF ED/AIDVANTAGE
Loan Contact Street Address 1:PO Box 300001
Loan Contact Street Address 2:
Loan Contact City:Greenville
Loan Contact State Code:TX
Loan Contact Zip Code:75403
Loan Contact Phone Number:800-722-1300
Loan Contact Phone Extension:
Loan Contact Email Address:
Loan Contact Web Site Address:https://aidvantage.studentaid.gov/
Most Relevant:Yes
Loan Special Contact Reason:
Loan Special Contact:
Enrolled School Name:Gonzaga University
Enrolled School OPEID:00377800
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:10/09/2002
Enrolled School Name:Skidmore College
Enrolled School OPEID:00281400
Enrolled Status Code:W
Enrolled Status Code Description:WITHDRAWN
Enrolled Status Date:08/06/1998