**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANTHONY GEORGE GANCARSKI,

Plaintiff,

v. Case No. 3:25-cv-455-MMH-MCR

UNITED STATES DEPARTMENT
OF EDUCATION, et al.,

Defendants.

---

**ORDER**

**THIS CAUSE** is before the Court on Plaintiff's Motions to Add New Contact Info, Documents for Redaction, and to Request Revised Summonses (Dkt. No. 30; Motion) filed on May 27, 2025. In the Motion, Plaintiff provides alternate physical and email addresses as directed by the Court at the hearing on May 22, 2025. See Motion at 1-2. Plaintiff also specifies the documents that have personal identifying information to be redacted as directed by the Court. See id. at 2-3. Lastly, Plaintiff requests that new summonses be issued that reflect his new contact information. See id. at 3. After due consideration, it is

**ORDERED:**

1. Plaintiff's Motions to Add New Contact Info, Documents for Redaction, and to Request Revised Summonses (Dkt. No. 30) is **GRANTED**.
2. The Clerk of the Court is directed to update the docket with the new contact information provided by Plaintiff in the Motion.
3. The Clerk of the Court is further directed to redact the documents specified in the Motion.
4. Plaintiff shall provide new summonses to the Clerk of the Court with his corrected contact information.

**DONE AND ORDERED** in Jacksonville, Florida this 28th day of May, 2025.

Marcia Morales Howard
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Pro Se Party