UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY GEORGE GANCARSKI,

Plaintiff,

vs. CASE NO.: 3:25-cv-455-MMH-MCR

UNITED STATES DEPARTMENT OF EDUCATION, et al.,

Defendants.

---

## MEDIATION DISPOSITION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on **FEBRUARY 23, 2026**, and the results of that conference are indicated below:

**(a)** The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

__✓__ All individual parties and their respective trial counsel.

_____ Designated corporate representatives.

_____ Required claims professionals.

**(b)** The following individuals, parties, corporate representatives, and/or claims professional failed to ~~appear and/or~~ participate as ordered:

THE PARTIES APPEARED, AFTER EXCHANGES OF COMMUNICATION, PRE-MEDIATION, INDICATING NEARLY FULL AGREEMENT OF TERMS AND CONDITIONS OF A SETTLEMENT. THE DEFENDANT WAS UNABLE TO SETTLE THE CASE DESPITE THE PRIOR COMMUNICATIONS, DUE TO LACK OF INFORMATION WHICH IT ADMITTED WAS IN ITS SOLE CONTROL. RULE 4 a. OF THE MEDIATION ORDER REQUIRES THE DEFENDANT MUST APPEAR WITH "FULL AND ABSOLUTE AUTHORITY" TO SETTLE THE CASE WITHOUT FURTHER CONSULTATION. IT DID NOT DO SO.

**(c)** The outcome of the mediation conference was:

______ **The case has been completely settled**. In accordance with Local Rule 9.06(b), lead counsel will promptly notify that Court of settlement in accordance with Local Rule 3.08.

______ **The case has been partially resolved** and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

________________________________________________________
________________________________________________________
________________________________________________________
________________________________________________________
________________________________.

______ **The conference was continued** with the consent of all parties and counsel. Mediation Reports will be filed after additional conferences.

✓ **The parties have reached an impasse**.

**DONE** this 23 day of February, 2026, in Jacksonville Beach, Duval County, Florida.

RESPECTFULLY SUBMITTED,

[signature]

MICHAEL I. COULSON - **Mediator**
Certification No: 5891 R
320 North First Street, Suite 708
Jacksonville Beach, FL 32250
(904) 296-9919
(904) 296-8323 - Fax
mcoulson@smithcoulson.com

Certificate of Service

I DO HEREBY that a copy of the foregoing has been furnished to the below-named attorneys by electronic filing this 23 day of February, 2026.

Anthony George Gancarski
4530 St. Johns Avenue, Suite 15, #183
Jacksonville, FL 32210
**Plaintiff - *Pro se***

Richard L. Lasseter, Esquire
Assistant United States Attorney
300 North Hogan Street, Suite 700
Jacksonville, FL 32202
**Attorney for Defendants**

Mediator