FILED - USDC - FLMD - JAX
MAR 26 2026 PM2:48

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

ANTHONY GEORGE GANCARSKI,

Plaintiff,

v. Case No. 3:25-cv-455-MMH-MCR

UNITED STATES DEPARTMENT
OF EDUCATION, et al.,

Defendants.

_________________________________/

Anthony George Gancarski

4530 St. Johns Ave Ste 15, #183

Jacksonville, FL 32210

(904) 563-3534

325CV455Plaintiff@proton.me

U.S. Department of Education

Office of the General Counsel

400 Maryland Avenue, SW

Washington, DC 20202

Ronnie S. Carter

Deputy Civil Chief, Civil Division

United States Attorney's Office (Middle District of Florida)

300 North Hogan Street, Suite 700

Jacksonville, Florida 32202

Email: Ronnie.Carter@usdoj.gov

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 5, Plaintiff ANTHONY GEORGE GANCARSKI hereby dismisses the above-captioned action, with the parties to bear their own attorney's fees and costs.

March 26, 2026

[/s] Anthony George Gancarski

Anthony George Gancarski

CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 16 and Local Rule 3.01, I hereby certify that I have sent the foregoing to Ronnie Carter, Esq., attorney for Defendants, on March 26, 2026, by United States mail and electronic mail. The foregoing has also been sent to U.S. Department of Education Office of the General Counsel by United States mail on March 26, 2026.

[/s] Anthony George Gancarski

Anthony George Gancarski