UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ANTHONY GEORGE GANCARSKI,

Plaintiff,

v. CASE NO. 3:25-cv-455-MCR

UNITED STATES DEPARTMENT
OF EDUCATION, *et al.*,

Defendants.
_________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Dismissal (Doc. 63). In the Notice, Plaintiff requests dismissal of this case, with the parties to bear their own attorney's fees and costs. (*Id.*)

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED**.

2. The Clerk of the Court is directed to terminate any pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on July 1, 2026.

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

*Pro se* Plaintiff